**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re: §
§
THE RIVER STREET PRESS, INC. §   Case No. 09-26430
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/07/2013 in Courtroom 240,
United States Courthouse
Old Kane County Courthouse
100 S. Third Street, Geveva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL 60187

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
THE RIVER STREET PRESS, INC. §  Case No. 09-26430
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 111,458.07 |
| and approved disbursements of | $ | 68,534.72 |
| leaving a balance on hand of[1] | $ | 42,923.35 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 6 | First American Bank | $ 47,425.07 | $ 41,933.07 | $ 41,933.07 | $ 0.00 |
| 8 | ABCO Leasing, Inc. | $ 54,134.71 | $ 54,134.71 | $ 0.00 | $ 0.00 |
| 9 | LaCrosse Litho Supply LLC | $ 10,343.65 | $ 10,343.65 | $ 10,343.65 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 42,923.35 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 8,822.90 | $ 5,492.00 | $ 3,330.90 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Springer, Brown, Covey, Gaertner & Davis | $ 10,893.00 | $ 0.00 | $ 10,893.00 |
| Accountant for Trustee Fees: Alan D. Lasko, CPA | $ 4,770.00 | $ 0.00 | $ 4,770.00 |
| Accountant for Trustee Expenses: Alan D. Lasko, CPA | $ 32.48 | $ 0.00 | $ 32.48 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 36.23 | $ 36.23 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    19,026.38

Remaining Balance    $    23,896.97

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 9,938.98 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 28 | TERRY SHARP | $ 3,986.00 | $ 0.00 | $ 3,986.00 |
| 29 | DEBRA BUTLER | $ 2,311.80 | $ 0.00 | $ 2,311.80 |
| 30 | VERNON BUTLER | $ 1,281.62 | $ 0.00 | $ 1,281.62 |
| 31 | Illinois Department of Employment | $ 1,234.03 | $ 0.00 | $ 1,234.03 |
| AUTO | INTERNAL REVENUE SERVICE | $ 469.92 | $ 0.00 | $ 469.92 |
| AUTO | UNITED STATES TREASURY | $ 60.63 | $ 0.00 | $ 60.63 |
| AUTO | INTERNAL REVENUE SERVICE | $ 109.90 | $ 0.00 | $ 109.90 |
| AUTO | DIRECTOR OF EMPLOYMENT SECURITY | $ 485.08 | $ 0.00 | $ 485.08 |

|   | Total to be paid to priority creditors | $ | 9,938.98 |
|---|---|---|---|
|   | Remaining Balance | $ | 13,957.99 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 636,926.45 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Robert Hanke | $ 13,346.60 | $ 0.00 | $ 292.49 |
| 2 | Robert Hanke | $ 71,646.97 | $ 0.00 | $ 1,570.11 |
| 3 | CIT Technology Financing Services, Inc. | $ 142,865.31 | $ 0.00 | $ 3,130.84 |
| 4 | Producer's Chemical Co. | $ 304.60 | $ 0.00 | $ 6.67 |
| 5 | Physician's Record Co. | $ 1,305.81 | $ 0.00 | $ 28.62 |
| 7 | ITU, Inc. | $ 1,293.67 | $ 0.00 | $ 28.35 |
| 10 | Barry J. Bellott, CPA | $ 2,075.00 | $ 0.00 | $ 45.47 |
| 11 | Western States Envelope | $ 373.20 | $ 0.00 | $ 8.18 |
| 12 | Midland Paper | $ 31,739.97 | $ 0.00 | $ 695.57 |
| 13 | The Grafsolve Company | $ 868.40 | $ 0.00 | $ 19.03 |
| 14 | Genoa Business Forms | $ 420.64 | $ 0.00 | $ 9.22 |
| 15 | Gerald & Rita Urich | $ 100,000.00 | $ 0.00 | $ 2,191.46 |
| 16 | Buikema's Ace Hardware | $ 109.33 | $ 0.00 | $ 2.40 |
| 18 | United Parcell Service | $ 1,666.80 | $ 0.00 | $ 36.52 |
| 9A | LaCrosse Litho Supply LLC | $ 37,848.93 | $ 0.00 | $ 829.44 |
| 20 | Com Ed | $ 845.54 | $ 0.00 | $ 18.53 |
| 21 | Bob Connor | $ 60,000.00 | $ 0.00 | $ 1,314.88 |
| 23 | Hartford Fire Insurance Company | $ 4,763.22 | $ 0.00 | $ 104.38 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 24 | First National Bank of Omaha | $ 2,629.22 | $ 0.00 | $ 57.62 |
| 25 | Security Master, Inc. | $ 90.64 | $ 0.00 | $ 1.99 |
| 26 | Dwight Avram Builders, Inc. | $ 162,732.60 | $ 0.00 | $ 3,566.22 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 13,957.99 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 172.24 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 27 | Press Smart | $ 172.24 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 160.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 31A | Illinois Department of Employment | $ 160.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to subordinated unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Prepared By: /s/ Thomas E. Springer
Trustee

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                  Case No. 09-26430-CAD
The River Street Press, Inc.                                            Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: pgordon                Page 1 of 3                  Date Rcvd: Feb 04, 2013
                               Form ID: pdf006              Total Noticed: 82


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2013.
db           #+The River Street Press, Inc.,    2695 Beverly Dr., Ste. A,    Aurora, IL 60502-8802
14190200      +ADP,   100 Northwest Point Blvd.,    Elk Grove Village, IL 60007-1018
14190199      +Acensus,    200 Dryden Rd.,    Dresher, PA 19025-1044
14190201      +Bank of America,    101 N. Tryon St.,    Charlotte, NC 28246-0100
14190202      +Barry J. Bellott, CPA,    2600 Beverly Dr., Ste. 108,    Aurora, IL 60502-8004
14444095      +Bob & Karen Hanke,    760 Casa Solena Dr,    Wheaton, IL 60189-8206
14444096      +Bob Conner,    1149 SW 45th St,    Cape Coral, FL 33914-6310
14733797      +Bradley J. Waller, Bankruptcy Trustee,     of the Estate of Steven & Sandra Conner,
                Klein Stoddard Buck Waller & Lewis LLC,     2045 Aberdeen Court,    Sycamore, IL 60178-3140
14190205      +CE Printed Products,    POB 807,    Mount Prospect, IL 60056-0807
14190204      +Capital,    303 S. Highland Ave.,    Aurora, IL 60506-5519
14190206      +Chase Paper,    900 W. 45th St.,    Chicago, IL 60609-3346
14190209      +Comer's Welding Service,    POB 317, Route 31 S.,    Montgomery, IL 60538-0317
14190211      +Dan Borowiak,    3S595 Finley Rd.,    Sugar Grove, IL 60554-9664
14190212      +Daniel J. Borowiak,    3S595 Finley Rd.,    Sugar Grove, IL 60554-9664
14956225      +Debra A. Butler,    14 E. Larkspur Lane,    Bristol, IL 60512-9718
14190213      +Digital Printing,    123 Eisenhower Lane South,    Lombard, IL 60148-5408
14190214      +Dimension Funding, LLC,    6 Hughes, Ste. 220,    Irvine, CA 92618-2063
14190215      +Dimensional Funding, LLC,    6 Hughes, Suite 220,    Irvine, CA 92618-2063
14444097      +Duane Geisness,    529 Pheasant Trail,    St. Charles, IL 60174-8845
14190216      +Dwight Avram Builders, Inc.,    Attn: Dwight Avram, President,     1255 Bond St., Ste. 111,
                Naperville, IL 60563-2794
14190217       FIA Card Services, NA,    POB 15028,    Wilmington, DE 19850-5028
14190218      +First American Bank,    Lebow Malecki & Tasch LLC,    1200 Jorie Blvd Suite 329,
                Oak Brook, IL 60523-2283
14190219       First Natioal Bank,    POB 3331,    Omaha, NE 68103-0331
14190220      +First National Bank of Omaha,     POB 3412,   Omaha, NE 68103-0412
14881771      +First National Bank of Omaha,     1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
14190221      +Genoa Business Forms,    445 Park Ave., POB 450,    Sycamore, IL 60178-0450
14444098      +Gerald & Rita Urich,    223 S. Rosedale Ave.,    Aurora, IL 60506-4532
14190222       Gordon Flesch Company,    POB 992,    Madison, WI 53701-0992
14857858       Hartford Fire Insurance Company,     Bankruptcy Unit T-1-55,    Hartford Plaza,
                Hartford, CT 06115
14857832       Hartford Fire Insurance Company,     Hartford Plaza,   Hartford, CT 06115
14190223      +ITU, Inc.,    2700 S 160th ST,    New Berlin, WI 53151-3602
15897192      +Illinois Department of Employment Security,     33 South State Street,
                Chicago, Illinois 60603-2808
14190224      +Jorson & Carlson,    1501 Pratt Blvd.,    Elk Grove Village, IL 60007-5714
14190225     #+Keith Potter,    404 Laurel Dr.,    North Aurora, IL 60542-1349
14444099      +Kevin Perrin,    2659 N. 3853 Rd.,    Sheridan, IL 60551-9694
14586287       LaCrosse Litho Supply LLC,    c/o Attorney Matthew R. Jelenchick,     P.O. Box 444,
                Menomonee Falls, WI 53052-0444
14190226       Lacrosse Litho Supply, LLC,    53W4651 South Corporate C,     Sussex, WI 53089
14190227      +Lewis Paper,    2300 Windsor Ct., Unit A,    Addison, IL 60101-1491
14190228       Marlin Leasing,    POB 13604,    Philadelphia, PA 19101-3604
14444100      +Marsha Hennig,    223 Sone Manor Cir.,    Batavia, IL 60510-2989
14190229      +Midland Paper,    101 E. Palatine Rd.,    Wheeling, IL 60090-6512
14190230      +Midwest Ink Co.,    2701 S. 12th Ave.,    Broadview, IL 60155-4836
14190231       National City,    POB 856176,    Louisville, KY 40285-6176
14190233       Oldham Graphic Supply,    POB 5015,    Springfield, IL 62705-5015
14444101       Paul Jackson,    15W306 Lexington St.,    Gilberts, IL  60136
14190235      +Physician's Record Co.,    3000 South Ridgeland Ave.,    Berwyn, IL 60402-0724
14190236      +Press Smart,    13405 Millbank Drive,    Plainfield, IL 60585-5349
14190237     #+Producer's Chemical Co.,    1355 South River Street,    Batavia, IL 60510-9648
14190238      +Reliant Data Processing,    197 Alder Dr.,    North Aurora, IL 60542-1471
14444102       Richard Baxter,    434 Bank St.,    Aurora, IL  60505
14190239      +Robert Hanke,    1946 Highbury Lane,    Aurora, IL 60502-6790
14190244      +SI Roller/SI Industries,    1220 American Way,    Watertown, WI 53094-6053
14190240      +Security Master, Inc.,    1111 Church Rd.,    Aurora, IL 60505-1905
14190241      +Security-Master, Inc.,    1100 Church Rd.,    Aurora, IL 60505-1981
14190242       Select Graphics, Inc.,    POB 3156,    Barrington, IL 60011-3156
14190243      +Selective Label & Printing,    1962 W. U.S. Route 30,    Sugar Grove, IL 60554-9621
14190245      +Standard Cartage Co.,    2400 S. 27th Ave.,    Broadview, IL 60155-3853
14190246      +Sterling Graphic Supply,    1145 Sterling Ave., Ste. 120,    Palatine, IL 60067-1946
14190247      +Steven Conner,    1586 Deerpath Lane,    Franklin Grove, IL 61031-9769
14190248      +Stolp-Gore Co.,    10101 S. Bode St.,    Plainfield, IL 60585-8731
14190249      +Superior Copies, Inc.,    904 Central Ave.,    Roselle, IL 60172-1742
14952849      +Terry Sharp,    301 Flintlock Ct.,    Oswego, IL 60543-8770
14190250      +The DFS Group,    500 Main St.,    Groton, MA 01471-0001
14190251       The Grafsolve Company,    POB 1185,    Northbrook, IL 60065-1185
14190252      #The Hartford,    POB 2907,    Hartford, CT 06104-2907
14190253      +Tompkins Printing Equipment,    5050 N. Rose St.,    Schiller Park, IL 60176-1087
14190255       UPS,   Lockbox 577,    Carol Stream, IL 60132-0577
```

```
District/off: 0752-1           User: pgordon              Page 2 of 3                  Date Rcvd: Feb 04, 2013
                               Form ID: pdf006            Total Noticed: 82


14190256     +US Bancorp Manifest Funding Services,    Attn: Corporate Attoreny,    1450 Channel Parkway,
              Marshall, MN 56258-4005
14190257     +US Small Business Admin.,    Chicago District Office,    500 W. Madison St., Ste. 1250,
              Chicago, IL 60661-4552
14190254      United Express System,    POB 1628,    Aurora, IL 60507-1628
14758250     +United Parcell Service,    c/o RMS Bankruptcy Recovery Services,    POB 4396,
              Timonium, Maryland 21094-4396
14979569     +Vernon Butler,   2484 Cambridge Road,    Aurora, IL 60506-4210
14190258      Visa, Inc.,   POB 8999 - Mailstop M1-11J,    San Francisco, CA 94128-8999
14190259     +Wally's Printing,    969 N. Farnsworht Ave.,    Aurora, IL 60505-2055
14190260      Wells Fargo,   POB 7777,    San Francisco, CA 94120-7777
14190261      Wells Fargo/Borowiak Agency,    POB 54349,    Los Angeles, CA 90054-0349

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14190207      E-mail/Text: citjaxbankruptcy@cit.com Feb 05 2013 02:39:19     CIT Technology Fin. Serv., Inc.,
              POB 550599,    Jacksonville, FL 32255-0599
14468437     +E-mail/Text: BKRMailOps@weltman.com Feb 05 2013 04:45:34
              CIT Technology Financing Services, Inc.,    c/o Weltman, Weinberg and Reis Co., LPA,
              175 S. 3rd St., Ste. 900,    Columbus, OH 43215-5166
14190208     +E-mail/Text: legalcollections@comed.com Feb 05 2013 02:41:49     Com Ed,    ComEd Co.,
              2100 Swift Drive,    Attn: Bankruptcy Section/Revenue Mgmt,    Oakbrook, IL 60523-1559
14190232     +E-mail/Text: bankrup@aglresources.com Feb 05 2013 02:38:52     NICOR - Northern IL Gas Co.,
              Attn: Bank. & Collections,    POB 549,    Aurora, IL 60507-0549
14190234      E-mail/Text: bankruptcy@paetec.com Feb 05 2013 02:49:03     Paetec,    POB 3177,
              Cedar Rapids, IA 52406-3177
14190262     +E-mail/Text: credit@westernstatesenvelope.com Feb 05 2013 03:14:58      Western States Envelope,
              P O Box 2048,    Milwaukee, WI 53201-2048
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14298210*    +Robert Hanke,   1946 Highbury Lane,    Aurora, IL 60502-6790
14190198    ##+ABCO Leasing, Inc.,    22232 17th Ave., SE, Ste. 204,    Bothell, WA 98021-7411
14190203    ##+Buikema's Ace Hardware,    1337 Douglas Rd.,    Montgomery, IL 60538-1601
14190210    ##+Customer Graphics Finishing,    1740 Molitor Rd.,    Aurora, IL 60505-1346
                                                                                 TOTALS: 0, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 06, 2013**                     **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: pgordon              Page 3 of 3                  Date Rcvd: Feb 04, 2013
                              Form ID: pdf006            Total Noticed: 82
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2013 at the address(es) listed below:

```
              Christian T Laden    on behalf of Creditor    Dwight Avram Builders, Inc.
               christian@ladenlawgroup.com
              John M. Riccione     on behalf of Defendant    Midland Paper jriccione@agdglaw.com
              Martin D. Tasch     on behalf of Creditor    First American Bank c/o Martin D Tasch
               mtasch@taschlaw.com
              Matthew R Jelenchick    on behalf of Creditor    Lacrosse Litho Supply Llc mjelenchick@nprclaw.com,
               gray@nprclaw.com;bromans@nprclaw.com
              Michele M Springer     on behalf of Plaintiff Thomas E. Springer mspringer@springerbrown.com,
               marigonzo@springerbrown.com
              Michele M Springer     on behalf of Trustee Thomas E Springer mspringer@springerbrown.com,
               marigonzo@springerbrown.com
              Nicole K Fishkin    on behalf of Plaintiff Thomas E. Springer nfishkin@otrlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Roy   Safanda, Esq    on behalf of Debtor    The River Street Press, Inc. rsafanda@xnet.com
              Thomas E Springer     on behalf of Plaintiff Thomas E. Springer tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
              Thomas E Springer     on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
              Thomas E Springer      tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                             TOTAL: 12
```