## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

In re:                              §
                                    §
THE RIVER STREET PRESS, INC.        §        Case No. 09-26430
                                    §
            Debtor(s)               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
(Without deducting any secured claims)

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $                 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/THOMAS E. SPRINGER, TRUSTEE _____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (5/1/2011) *(Page: 2)*

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RSP Graphics, Inc. | | | |
| RSP Graphics, Inc. | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABCO Leasing, Inc. 22232 17th Ave., SE, Ste. 204 Bothell, WA 98021 | | | | | |
| | Bank of America 101 N. Tryon St. Charlotte, NC 28255-0001 | | | | | |
| | CIT Technology Fin. Serv., Inc. POB 550599 Jacksonville, FL 32255-0599 | | | | | |
| | Dimensional Funding, LLC 6 Hughes, Suite 220 Irvine, CA 92618 | | | | | |
| | Dwight Avram Builders, Inc. 1255 Bond St., Ste. 111 Naperville, IL 60563 | | | | | |
| | Marlin Leasing POB 13604 Philadelphia, PA 19101-3604 | | | | | |
| | US Small Business Admin. Chicago District Office 500 W. Madison St., Ste. 1250 Chicago, IL 60661 | | | | | |
| 8 | Abco Leasing, Inc. | | | | | |
| | FIRST AMERICAN BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | First American Bank | | | | | |
| | LACROSSE LITHO SUPPLY, LLC | | | | | |
| 9 | Lacrosse Litho Supply Llc | | | | | |
| 19 | Us Bancorp Manifest Funding Service | | | | | |
| | WELLS FARGO FINANCIAL CAPITAL FINAN | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER | | | | | |
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Hartford Fire Insurance Company | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| SPRINGER, BROWN, COVEY, GAERTNER & | | | | | |
| Alan D. Lasko | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Alan D. Lasko | | | | | |
| MARTIN AUCTION SERVICES, L.L.C. | | | | | |
| MARTIN AUCTION SERVICES, L.L.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | Bradley J. Waller, Trustee | | | | | |
| 29 | DEBRA BUTLER | | | | | |
| AUTO | ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| 28 | Terry Sharp | | | | | |
| 30 | VERNON BUTLER | | | | | |
| AUTO | DIRECTOR OF EMPLOYMENT SECURITY | | | | | |
| 31 | ILLINOIS DEPARTMENT OF EMPLOYMENT | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | UNITED STATES TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADP 100 Northwest Point Blvd. Elk Grove Village, IL 60007 | | | | | |
| | ADP 100 Northwest Point Blvd. Elk Grove Village, IL 60007 | | | | | |
| | Acensus 200 Dryden Rd. Dresher, PA 19025 | | | | | |
| | Barry J. Bellott, CPA 2600 Beverly Dr., Ste. 108 Aurora, IL 60502 | | | | | |
| | Buikema's Ace Hardware 1337 Douglas Rd. Montgomery, IL 60538 | | | | | |
| | CE Printed Products POB 807 Mount Prospect, IL 60056 | | | | | |
| | Capital 303 S. Highland Ave. Aurora, IL 60506 | | | | | |
| | Chase Paper 900 W. 45th St. Chicago, IL 60609 | | | | | |
| | Com Ed POB 6111 Carol Stream, IL 60197-6111 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comer's Welding Service POB 317, Route 31 S. Montgomery, IL 60538 | | | | | |
| | Customer Graphics Finishing 1740 Molitor Rd. Aurora, IL 60505 | | | | | |
| | Dan Borowiak 3S595 Finley Rd. Sugar Grove, IL 60554 | | | | | |
| | Digital Printing 123 Eisenhower Lane South Lombard, IL 60148 | | | | | |
| | Dimension Funding, LLC 6 Hughes, Ste. 220 Irvine, CA 92618 | | | | | |
| | FIA Card Services, NA POB 15028 Wilmington, DE 19850-5028 | | | | | |
| | First American Bank POB 307 Hampshire, IL 60140 | | | | | |
| | First Natioal Bank POB 3331 Omaha, NE 68103-0331 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First National Bank of Omaha POB 3412 Omaha, NE 68103-3412 | | | | | |
| | Genoa Business Forms 445 Park Ave., POB 450 Sycamore, IL 60178 | | | | | |
| | Gordon Flesch Company POB 992 Madison, WI 53701-0992 | | | | | |
| | ITU, Inc. POB 88479 Milwaukee, WI 53288-0479 | | | | | |
| | Jorson & Carlson 1501 Pratt Blvd. Elk Grove Village, IL 60007 | | | | | |
| | Lacrosse Litho Supply, LLC 53W4651 South Corporate C Sussex, WI 53089 | | | | | |
| | Lewis Paper 2300 Windsor Ct., Unit A Addison, IL 60101 | | | | | |
| | Midland Paper 101 E. Palatine Rd. Wheeling, IL 60090 | | | | | |
| | Midwest Ink Co. 2701 S. 12th Ave. Broadview, IL 60155 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NICOR - Northern IL Gas Co. Attn: Bank. & Collections POB 549 Aurora, IL 60507 | | | | | |
| | National City POB 856176 Louisville, KY 40285-6176 | | | | | |
| | National City POB 856176 Louisville, KY 40285-6176 | | | | | |
| | Oldham Graphic Supply POB 5015 Springfield, IL 62705-5015 | | | | | |
| | Paetec POB 3177 Cedar Rapids, IA 52406-3177 | | | | | |
| | Physician's Record Co. 3000 South Ridgeland Ave. Berwyn, IL 60402-2700 | | | | | |
| | Press Smart 13405 Millbank Drive Plainfield, IL 60585 | | | | | |
| | Producer's Chemical Co. 1355 South River Street Batavia, IL 60510 | | | | | |
| | Reliant Data Processing 197 Alder Dr. North Aurora, IL 60542 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Robert Hanke 760 Casa Solena Dr. Wheaton, IL 60187 | | | | | |
| | SI Roller/SI Industries 1220 American Way Watertown, WI 53094 | | | | | |
| | Security Master, Inc. 1111 Church Rd. Aurora, IL 60506 | | | | | |
| | Security-Master, Inc. 1100 Church Rd. Aurora, IL 60505 | | | | | |
| | Select Graphics, Inc. POB 3156 Barrington, IL 60011-3156 | | | | | |
| | Selective Label & Printing 1962 W. U.S. Route 30 Sugar Grove, IL 60554 | | | | | |
| | Standard Cartage Co. 2400 S. 27th Ave. Broadview, IL 60155 | | | | | |
| | Sterling Graphic Supply 1145 Sterling Ave., Ste. 120 Palatine, IL 60067 | | | | | |
| | Stolp-Gore Co. 10101 S. Bode St. Plainfield, IL 60585 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Superior Copies, Inc. 904 Central Ave. Roselle, IL 60172 | | | | | |
| | The DFS Group 500 Main St. Groton, MA 01471 | | | | | |
| | The Grafsolve Company POB 1185 Northbrook, IL 60065-1185 | | | | | |
| | The Hartford POB 2907 Hartford, CT 06104-2907 | | | | | |
| | Tompkins Printing Equipment 5050 N. Rose St. Schiller Park, IL 60176 | | | | | |
| | UPS Lockbox 577 Carol Stream, IL 60132-0577 | | | | | |
| | US Bank 1450 Channel Parkway Marshall, MN 56258 | | | | | |
| | United Express System POB 1628 Aurora, IL 60507-1628 | | | | | |
| | Visa, Inc. POB 8999 - Mailstop M1-11J San Francisco, CA 94128-8999 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wally's Printing 969 N. Farnsworht Ave. Aurora, IL 60505 | | | | | |
| | Wells Fargo POB 7777 San Francisco, CA 94120-7777 | | | | | |
| | Wells Fargo/Borowiak Agency POB 54349 Los Angeles, CA 90054-0349 | | | | | |
| | Western States Envelope POB 88984 Milwaukee, WI 53288-0984 | | | | | |
| 21 | BOB CONNOR | | | | | |
| 10 | Barry J. Bellott, Cpa | | | | | |
| 17A | Bradley J. Waller, Trustee | | | | | |
| 16 | Buikema's Ace Hardware | | | | | |
| 20 | COM ED | | | | | |
| 3 | Cit Technology Financing Services, | | | | | |
| 26 | DWIGHT AVRAM BUILDERS, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 24 | FIRST NATIONAL BANK OF OMAHA | | | | | |
| 14 | Genoa Business Forms | | | | | |
| 15 | Gerald & Rita Urich | | | | | |
| 23 | Hartford Fire Insurance Company | | | | | |
| 7 | Itu, Inc. | | | | | |
| 9A | Lacrosse Litho Supply Llc | | | | | |
| 12 | Midland Paper | | | | | |
| 5 | Physician's Record Co. | | | | | |
| 4 | Producer's Chemical Co. | | | | | |
| 1 | Robert Hanke | | | | | |
| 2 | Robert Hanke | | | | | |
| 25 | SECURITY MASTER, INC. | | | | | |
| 13 | The Grafsolve Company | | | | | |
| 18 | United Parcell Service | | | | | |
| 11 | Western States Envelope | | | | | |
| 27 | Press Smart | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 31A | Illinois Department Of Employment | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| | |
|---|---|
| Case No: | 09-26430   MB   Judge: Manuel Barbosa |
| Case Name: | THE RIVER STREET PRESS, INC. |
| For Period Ending: | 07/09/13 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Date Filed (f) or Converted (c): | 07/22/09 (f) |
| 341(a) Meeting Date: | 08/31/09 |
| Claims Bar Date: | 12/28/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Old Second National Bank, Aurora, IL checking | 1,000.00 | 0.00 | | 0.00 | FA |
| 2. Com Ed. | 100.00 | 0.00 | | 0.00 | FA |
| 3. Accounts Receivable | 113,832.00 | 60,000.00 | | 65,512.66 | FA |
| 4. See Attached   Office equipment, furnishings and supplies.   Includes value/liquidation of asset #5 . | 298,500.00 | 43,435.50 | | 43,435.50 | FA |
| 5. See Attached ($ amount included above)   Machinery, fixtures, equipment and supplies   Value/liquidation included in Asset #4 above | 0.00 | 0.00 | | 0.00 | FA |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 33.65 | Unknown |
| 7. Refund of Security Deposit (u) | 1,226.26 | 1,226.26 | | 1,226.26 | FA |
| 8. 1999 Chevrolet Express Van (u) | 1,250.00 | 1,250.00 | | 1,250.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $415,908.26          $105,911.76          $111,458.07          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee was investigating possible fraudulent transfers and concluded no such transfers were made.  The accountant

will be filing the final estate tax return and the Trustee will review claims and file objections thereto if necessary.

Initial Projected Date of Final Report (TFR): 05/30/12          Current Projected Date of Final Report (TFR): 05/30/12

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 09-26430  -MB | | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE | |
| Case Name: | THE RIVER STREET PRESS, INC. | | | Bank Name: | ASSOCIATED BANK | |
| | | | | Account Number / CD #: | *******9312  CHECKING ACCOUNT | |
| Taxpayer ID No: | *******0710 | | | | | |
| For Period Ending: | 07/09/13 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 43,001.07 | | 43,001.07 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.86 | 42,977.21 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.38 | 42,949.83 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.48 | 42,923.35 |
| 03/15/13 | | UNITED STATES TREASURY<br>Internal Revenue Service<br>PO Box 804521<br>Cincinnati, OH  45280 | Federal Unemployment Tax | 5800-000 | | 60.63 | 42,862.72 |
| 03/15/13 | | INTERNAL REVENUE SERVICE | Medicare (Employee) | 5300-000 | | 109.90 | 42,752.82 |
| 03/15/13 | | INTERNAL REVENUE SERVICE | Medicare (Employer) | 5800-000 | | 109.90 | 42,642.92 |
| 03/15/13 | | INTERNAL REVENUE SERVICE | Social Security (Employee) | 5300-000 | | 318.34 | 42,324.58 |
| 03/15/13 | | INTERNAL REVENUE SERVICE | Social Security (Employer) | 5800-000 | | 469.92 | 41,854.66 |
| 03/15/13 | | INTERNAL REVENUE SERVICE | Federal Income Tax | 5300-000 | | 1,894.86 | 39,959.80 |
| 03/15/13 | 100000 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | Chapter 7 Compensation/Expense | 2100-000 | | 3,330.90 | 36,628.90 |
| 03/15/13 | 100001 | Springer, Brown, Covey, Gaertner & Davis<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 10,893.00 | 25,735.90 |
| 03/15/13 | 100002 | Alan D. Lasko, CPA<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, IL  60603 | Accountant for Trustee Fees (Other | 3110-000 | | 4,802.48 | 20,933.42 |
| | | | Fees          4,770.00 | 3410-000 | | | |
| | | | Expenses        32.48 | 3420-000 | | | |
| 03/15/13 | 100003 | TERRY SHARP | Claim 28, Payment 100.00000% | 5300-000 | | 2,644.71 | 18,288.71 |
| | | | Page Subtotals | | 43,001.07 | 24,712.36 | |

LFORM24

Ver: 17.02d

FORM 2                                                                                              Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-26430  -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | THE RIVER STREET PRESS, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9312  CHECKING ACCOUNT |
| Taxpayer ID No: | *******0710 | | |
| For Period Ending: | 07/09/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 301 Flintlock Crt. Oswego, IL 60543 | | | | | |
| 03/15/13 | 100004 | DEBRA BUTLER 14 E. Larkspur Lane Bristol, IL 60512 | Claim 29, Payment 100.00000% | 5300-000 | | 1,533.88 | 16,754.83 |
| 03/15/13 | 100005 | VERNON BUTLER 2484 Cambridge Road Aurora, IL 60506 | Claim 30, Payment 100.00000% | 5300-000 | | 850.35 | 15,904.48 |
| *    03/15/13 | 100006 | UNITED STATES TREASURY Internal Revenue Service PO Box 804521 Cincinnati, OH  45280 | Federal Unemployment Tax | 5800-003 | | 60.63 | 15,843.85 |
| *    03/15/13 | 100006 | UNITED STATES TREASURY Internal Revenue Service PO Box 804521 Cincinnati, OH  45280 | Federal Unemployment Tax | 5800-003 | | -60.63 | 15,904.48 |
| 03/15/13 | 100007 | ILLINOIS DEPARTMENT OF REVENUE P.O. BOX 19447 SPRINGFIELD, IL  62794-9447 | State Withholdings | 5300-000 | | 227.38 | 15,677.10 |
| 03/15/13 | 100008 | DIRECTOR OF EMPLOYMENT SECURITY Illinois Dept. of Employment Security P.O. Box 19300 Springfield, IL 62794-9300 | State Unemployment Tax | 5800-000 | | 485.08 | 15,192.02 |
| 03/15/13 | 100009 | Illinois Department of Employment Security 33 South State Street Chicago, IL 60603 | Claim 31, Payment 100.00000% | 5800-000 | | 1,234.03 | 13,957.99 |
| 03/15/13 | 100010 | Robert Hanke 1946 Highbury Lane Aurora, IL 60502 | Claim 1, Payment 2.19149% | 7100-000 | | 292.49 | 13,665.50 |

|  | | | Page Subtotals | | 0.00 | 4,623.21 | |

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 09-26430 -MB | | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE | |
| Case Name: | THE RIVER STREET PRESS, INC. | | | Bank Name: | ASSOCIATED BANK | |
| | | | | Account Number / CD #: | *******9312  CHECKING ACCOUNT | |
| Taxpayer ID No: | *******0710 | | | | | |
| For Period Ending: | 07/09/13 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/15/13 | 100011 | Barry J. Bellott, CPA<br>2600 Beverly Dr., Ste. 108<br>Aurora, IL 60502 | Claim 10, Payment 2.19133% | 7100-000 | | 45.47 | 13,620.03 |
| 03/15/13 | 100012 | Western States Envelope<br>P O Box 2048<br>Milwaukee, WI 53201 | Claim 11, Payment 2.19185% | 7100-000 | | 8.18 | 13,611.85 |
| 03/15/13 | 100013 | Midland Paper<br>101 E. Palatine Rd.<br>Wheeling, IL 60090 | Claim 12, Payment 2.19146% | 7100-000 | | 695.57 | 12,916.28 |
| 03/15/13 | 100014 | The Grafsolve Company<br>POB 1185<br>Northbrook, IL 60065-1185 | Claim 13, Payment 2.19139% | 7100-000 | | 19.03 | 12,897.25 |
| 03/15/13 | 100015 | Genoa Business Forms<br>445 Park Ave., POB 450<br>Sycamore, IL 60178 | Claim 14, Payment 2.19190% | 7100-000 | | 9.22 | 12,888.03 |
| 03/15/13 | 100016 | Gerald & Rita Urich<br>223 S. Rosedale Ave.<br>Aurora, IL 60506 | Claim 15, Payment 2.19146% | 7100-000 | | 2,191.46 | 10,696.57 |
| 03/15/13 | 100017 | CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. DEARBORN STREET<br>CHICAGO, IL 60604<br>Attn:  Fiscal Department | Claim 16, Payment 2.19519%<br>Buikema's Ace Hardware<br>1337 Douglas Rd.<br>Montgomery, IL 60538 | 7100-000 | | 2.40 | 10,694.17 |
| 03/15/13 | 100018 | United Parcell Service<br>c/o RMS Bankruptcy Recovery Services<br>POB 4396<br>Timonium, Maryland 21094 | Claim 18, Payment 2.19102% | 7100-000 | | 36.52 | 10,657.65 |
| 03/15/13 | 100019 | Robert Hanke<br>1946 Highbury Lane<br>Aurora, IL 60502 | Claim 2, Payment 2.19145% | 7100-000 | | 1,570.11 | 9,087.54 |
| 03/15/13 | 100020 | Com Ed | Claim 20, Payment 2.19150% | 7100-000 | | 18.53 | 9,069.01 |

| | | Page Subtotals | 0.00 | 4,596.49 | |
|---|---|---|---|---|---|

Ver: 17.02d

FORM 2                                                                          Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-26430  -MB |
| Case Name: | THE RIVER STREET PRESS, INC. |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9312  CHECKING ACCOUNT |

| | |
|---|---|
| Taxpayer ID No: | *******0710 |
| For Period Ending: | 07/09/13 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ComEd Co. 2100 Swift Drive Attn: Bankruptcy Section/ Revenue Management Oakbrook, IL  60523 | | | | | |
| 03/15/13 | 100021 | Bob Connor 1149 SW 45th Street Cape Coral, FL  33914 | Claim 21, Payment 2.19147% | 7100-000 | | 1,314.88 | 7,754.13 |
| 03/15/13 | 100022 | Hartford Fire Insurance Company Bankruptcy Unit T-1-55 Hartford Plaza Hartford, CT  06115 | Claim 23, Payment 2.19137% | 7100-000 | | 104.38 | 7,649.75 |
| 03/15/13 | 100023 | First National Bank of Omaha 1620 Dodge St. Stop Code 3105 Omaha, NE 68197 | Claim 24, Payment 2.19152% | 7100-000 | | 57.62 | 7,592.13 |
| 03/15/13 | 100024 | CLERK OF THE U.S. BANKRUPTCY COURT 219 S. DEARBORN STREET CHICAGO, IL 60604 Attn:  Fiscal Department | Claim 25, Payment 2.19550% Security Master, Inc. 1111 Church Road Aurora, IL  60506 | 7100-000 | | 1.99 | 7,590.14 |
| 03/15/13 | 100025 | Dwight Avram Builders, Inc. 1255 Bond Street Suite 111 Naperville, IL  60563 | Claim 26, Payment 2.19146% | 7100-000 | | 3,566.22 | 4,023.92 |
| 03/15/13 | 100026 | CIT Technology Financing Services, Inc. c/o Weltman, Weinberg and Reis Co., LPA 175 S. 3rd St., Ste. 900 Columbus, OH 43215 | Claim 3, Payment 2.19146% | 7100-000 | | 3,130.84 | 893.08 |
| 03/15/13 | 100027 | Producer's Chemical Co. 1355 South River Street | Claim 4, Payment 2.18976% | 7100-000 | | 6.67 | 886.41 |

Page Subtotals                                     0.00          8,182.60

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-26430 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | THE RIVER STREET PRESS, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9312  CHECKING ACCOUNT |
| Taxpayer ID No: | *******0710 | | |
| For Period Ending: | 07/09/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/15/13 | 100028 | Batavia, IL 60510 Physician's Record Co. 3000 South Ridgeland Ave. Berwyn, IL 60402-2700 | Claim 5, Payment 2.19174% | 7100-000 | | 28.62 | 857.79 |
| 03/15/13 | 100029 | ITU, Inc. 2700 S 160th ST New Berlin, WI 53151 | Claim 7, Payment 2.19144% | 7100-000 | | 28.35 | 829.44 |
| 03/15/13 | 100030 | LaCrosse Litho Supply LLC c/o Attorney Matthew R. Jelenchick P.O. Box 444 Menomonee Falls, WI 53052-0444 | Claim 9A, Payment 2.19145% | 7100-000 | | 829.44 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 43,001.07 | 43,001.07 | 0.00 |
| Less:  Bank Transfers/CD's | 43,001.07 | 0.00 | |
| Subtotal | 0.00 | 43,001.07 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 43,001.07 | |

Page Subtotals                0.00              886.41

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   6

Exhibit 9

| Case No: | 09-26430 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | THE RIVER STREET PRESS, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0546  MONEY MARKET |
| Taxpayer ID No: | *******0710 | | |
| For Period Ending: | 07/09/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/04/09 | 3 | Old Second National Bank 37 South River Street Aurora, IL 60506 | Accounts receivable | 1121-000 | 50,000.00 | | 50,000.00 |
| 09/30/09 | 6 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 1.28 | | 50,001.28 |
| 10/08/09 | 3 | Roosevelt Paper Company Wachovia Bank, N.A. | Accounts receivable | 1121-000 | 148.96 | | 50,150.24 |
| 10/08/09 | 3 | Old Second National Bank 37 South River Street Aurora, IL 60506 | Accounts receivable | 1121-000 | 495.42 | | 50,645.66 |
| 10/08/09 | 3 | Old Second National Bank 37 South River Street Aurora, IL 60506 | Account receiveable | 1121-000 | 12,562.28 | | 63,207.94 |
| 10/15/09 | 3 | Richards Wilcox 600 S. Lake Street Aurora, IL 60506 | Accounts receivable | 1121-000 | 1,998.00 | | 65,205.94 |
| 10/26/09 | 3 | Richards Wilcox 600 S. Lake Street Aurora, IL 60506 | Accounts receivable | 1121-000 | 308.00 | | 65,513.94 |
| 10/30/09 | 6 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.49 | | 65,516.43 |
| 11/05/09 | 4 | Martin Escrow Rob & Lucy Nord 9515 Texas Church Road Clinton, IL 61727 | Gross proceeds LaCross Litho sale | 1129-000 | 12,800.00 | | 78,316.43 |
| 11/05/09 | 4 | Martin Escrow Rob & Lucy Nord 9515 Texas Church Road Clinton, IL 61727 | General gross proceeds from Auction | 1129-000 | 22,235.50 | | 100,551.93 |
| 11/05/09 | 4 | Martin Escrow Rob & Lucy Nord | Gross proceeds forlift sale | 1129-000 | 900.00 | | 101,451.93 |

| | Page Subtotals | 101,451.93 | 0.00 | |

Ver: 17.02d

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-26430  -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | THE RIVER STREET PRESS, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0546  MONEY MARKET |
| Taxpayer ID No: | *******0710 | | |
| For Period Ending: | 07/09/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 9515 Texas Church Road | | | | | |
| | | Clinton, IL 61727 | | | | | |
| 11/24/09 | 000100 | Martin Auction services, L.L.C. | Commissions from Auction Sale | 3610-000 | | 3,593.55 | 97,858.38 |
| | | 9515 Texas Church Rd. | per court order of 11/12/09. | | | | |
| | | Clinton, IL 61727 | | | | | |
| 11/24/09 | 000101 | Martin Auction Services, L.L.C. | Auction sale expsenses per court | 3620-000 | | 3,302.55 | 94,555.83 |
| | | 9515 Texas Church Rd. | order of 11/12/09 | | | | |
| | | Clinton, IL 61727 | | | | | |
| 11/24/09 | 000102 | LaCrosse Litho Supply, LLC | Total Disbursement on Securitty | 4210-000 | | 10,343.65 | 84,212.18 |
| | | c/o Matthew R. Jelenchick | Interest portion per court order of 11/12/09 | | | | |
| | | P.O. Box 444 | | | | | |
| | | Menomonee Falls, WI 53052-0444 | | | | | |
| 11/30/09 | 6 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.78 | | 84,215.96 |
| 12/23/09 | 4 | Martin Auction Services LLC Escrow | Proceeds from sale of | 1129-000 | 7,500.00 | | 91,715.96 |
| | | Rob & Lucy Nord | Heidelberg KORD printing press | | | | |
| | | 9515 Church Road | | | | | |
| | | Clinton, IL 61727 | | | | | |
| 12/31/09 | 6 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 4.14 | | 91,720.10 |
| 01/04/10 | 000103 | Thomas E. Springer | Trustee compensation pursuant to | 2100-000 | | 5,492.00 | 86,228.10 |
| | | Springer, Brown, Covey, Gaertner | 506(c) per court order of December 17, 2009. | | | | |
| | | & Davis LLC | | | | | |
| | | 400 S. County Farm Road | | | | | |
| | | Suite 330 | | | | | |
| | | Wheaton, IL  60187 | | | | | |
| 01/04/10 | 000104 | First American Bank | Disbursement on secured claim | 4210-000 | | 41,933.07 | 44,295.03 |
| | | c/o Martin D. Tasch | per court order of December 17, 2009.  Payment in | | | | |
| | | Lebow, Malecki & Tasch, LLC | full. | | | | |
| | | 903 Commerce Drive, Suite 160 | | | | | |
| | | Oak Brook, IL 60523 | | | | | |
| 01/05/10 | 7 | NiCor | Refund of secuirty deposit | 1290-000 | 1,226.26 | | 45,521.29 |

Page Subtotals  8,734.18   64,664.82

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 25)*

Ver: 17.02d

Page:    8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-26430 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | THE RIVER STREET PRESS, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0546  MONEY MARKET |
| Taxpayer ID No: | *******0710 | | |
| For Period Ending: | 07/09/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/14/10 | 000105 | P.O. Box 190 Aurora, IL 60507-0190 RSP Graphics, Inc. P.O. Box 1731 Montgomery, IL 60538 | Return of incorrectly paid invoice for post petition job by non-debtor. | 8500-000 | | 1,998.00 | 43,523.29 |
| 01/14/10 | 000106 | RSP Graphics, Inc. P.O. Box 1731 Montgomery, IL 60538 | Return on incorrectly paid invoice for post petition job by non-debtor | 8500-000 | | 308.00 | 43,215.29 |
| 01/29/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 2.07 | | 43,217.36 |
| 02/09/10 | 000107 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 83.96 | 43,133.40 |
| 02/26/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.99 | | 43,134.39 |
| 03/31/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.10 | | 43,135.49 |
| 04/30/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.06 | | 43,136.55 |
| 05/28/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.09 | | 43,137.64 |
| 06/29/10 | 000108 | Wells Fargo Financial Capital Finance c/o John Conlon Legal Department 300 Tri State Internatinal Suite 400 Lincolnshire, IL 60069 | Full and Final Satisfaction of banks secured claim per court order of 6/17/10 | 4210-000 | | 727.29 | 42,410.35 |
| 06/30/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.07 | | 42,411.42 |
| 07/06/10 | 8 | Martin Auction Services LLC Escrow 9515 Texas Church Road Clinton, IL  61727 | Sale of estate's interest in 1999 Chevrolet Express Van per Order Entered 10/15/2009 | 1229-000 | 1,250.00 | | 43,661.42 |
| 07/30/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.10 | | 43,662.52 |
| 08/31/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.12 | | 43,663.64 |
| | | | Page Subtotals | | 1,259.60 | 3,117.25 | |

Ver: 17.02d

FORM 2

Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-26430  -MB | |
| Case Name: | THE RIVER STREET PRESS, INC. | |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0546  MONEY MARKET |

| | |
|---|---|
| Taxpayer ID No: | *******0710 |
| For Period Ending: | 07/09/13 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.08 | | 43,664.72 |
| 10/29/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.11 | | 43,665.83 |
| 11/30/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.08 | | 43,666.91 |
| 12/31/10 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.11 | | 43,668.02 |
| 01/31/11 | 6 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 1.11 | | 43,669.13 |
| 02/28/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.33 | | 43,669.46 |
| 03/31/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.37 | | 43,669.83 |
| 04/26/11 | 000109 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 36.23 | 43,633.60 |
| 04/29/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.36 | | 43,633.96 |
| 05/31/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.37 | | 43,634.33 |
| 06/30/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.36 | | 43,634.69 |
| 07/29/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.37 | | 43,635.06 |
| 08/31/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.37 | | 43,635.43 |
| 09/30/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.36 | | 43,635.79 |
| 10/31/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.37 | | 43,636.16 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 55.59 | 43,580.57 |
| 11/30/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.36 | | 43,580.93 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 53.73 | 43,527.20 |
| 12/30/11 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.37 | | 43,527.57 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 53.66 | 43,473.91 |
| 01/31/12 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.37 | | 43,474.28 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 57.01 | 43,417.27 |
| 02/15/12 | 000110 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Blanket Bond ; Bond #016026455 | 2300-000 | | 43.20 | 43,374.07 |

| | | |
|---|---|---|
| Page Subtotals | 9.85 | 299.42 |

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 27)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   10

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-26430 -MB | |
| Case Name: | THE RIVER STREET PRESS, INC. | |

| | |
|---|---|
| Taxpayer ID No: | *******0710 |
| For Period Ending: | 07/09/13 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0546  MONEY MARKET |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.34 | | 43,374.41 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 51.60 | 43,322.81 |
| 03/30/12 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.37 | | 43,323.18 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 53.27 | 43,269.91 |
| 04/30/12 | 6 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.36 | | 43,270.27 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 54.97 | 43,215.30 |
| 05/31/12 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.37 | | 43,215.67 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 54.90 | 43,160.77 |
| 06/29/12 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.35 | | 43,161.12 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 51.30 | 43,109.82 |
| 07/31/12 | 6 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.37 | | 43,110.19 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 56.54 | 43,053.65 |
| 08/31/12 | 6 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.35 | | 43,054.00 |
| 08/31/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 52.93 | 43,001.07 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 43,001.07 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 111,458.07 | 111,458.07 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 43,001.07 | |
| Subtotal | 111,458.07 | 68,457.00 | |
| Less:  Payments to Debtors | | 2,306.00 | |
| Net | 111,458.07 | 66,151.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| CHECKING ACCOUNT - *******9312 | | 43,001.07 | 0.00 |
| MONEY MARKET - *******0546 | 111,458.07 | 66,151.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 111,458.07 | 109,152.07 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 2.51 | 43,376.58 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    11

Exhibit 9

| Case No: | 09-26430  -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | THE RIVER STREET PRESS, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0546  MONEY MARKET |
| Taxpayer ID No: | *******0710 | | |
| For Period Ending: | 07/09/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 17.02d